IKUTA, Circuit Judge, dissenting:
“We will apply equitable tolling in situations where, despite all due diligence, [the party invoking equitable tolling] is unable to obtain vital information bearing on the existence of the claim.” Socop-Gonzalez v. INS., 272 F.3d 1176, 1193 (9th Cir.2001) (alteration in original) (internal quotation marks omitted). Petitioners are charged with their attorneys’ failure to act diligently. Valeriano v. Gonzales, 474 F.3d 669, 675 (9th Cir.2007). Singh’s new counsel received Singh’s file in late September *883 2007, but did not review the file sufficiently to discover a potential ineffective assistance of counsel claim until January 28, 2008, and did not file a motion to reopen until April 28, 2008. This delay does not constitute due diligence under any reasonable interpretation of the word. Given this lengthy delay, the BIA did not err in holding that Singh’s motion to reopen was time-barred for lack of diligence regardless when the limitations period began to run.